TURNAGE v. DACOTAH COTTON MILLS

No. 66P86.

Case below: 77 N.C. App. 769.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1986.


PETITION TO REHEAR

WASTE MANAGEMENT OF CAROLINAS, INC. v. PEERLESS INS. CO.

No. 70PA85.

Case below: 315 N.C. 688.

Petition by plaintiff denied 7 April 1986.